USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MARIAM DIOP,

Plaintiff,

-against-

CITIBANK, N.A., et al.,

Defendants.

---------------------------------------------------------------X

1:26-cv-4337-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated August 7, 2026, Dkt. No. 47, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 24, 2026. On August 25, 2026, at the request of the parties, the Court extended the deadline to submit those materials to August 27, 2026. Dkt. No. 51. On August 28, 2026, the parties submitted a proposed case management plan via ECF, without the joint status letter. Dkt. No. 55. The Court has not received the joint status letter, nor has it received an editable PDF of the proposed case management plan via email. The parties are directed to comply with the Court's August 7, 2026 order forthwith and in any event no later than August 30, 2026.

SO ORDERED.

Dated: August 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge